IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00958-CMA-KLM

QFA ROYALTIES LLC,
QIP HOLDER LLC,

    Plaintiffs,

v.

KENYA ENTERPRISES, INC.,
KIRESH SHAH, and
NEHAL SHAH,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **Motion to Vacate July 14, 2010 Scheduling/Planning Conference** [Docket No. 11; Filed July 7, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Conference set for July 14, 2010 at 10:30 a.m. is **VACATED** and will be reset, if necessary, upon Defendants' entry of appearance.

    Dated: July 8, 2010